IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON HAUK AND<br>FREDDY VELAZQUEZ<br><br>   Plaintiffs<br><br>v.<br><br>LVNV FUNDING, LLC<br><br>   Defendant | CIVIL ACTION NO.:  1:09-CV-03238-CCB |

**JOINT REPORT ON DISCOVERY**

The parties, by and through counsel, report that no discovery is requested prior to the settlement conference on January 18, 2011.

                  THE LAW OFFICES OF RONALD S. CANTER, LLC

| | |
|---|---|
| /s/ Peter A. Holland | /s/ Ronald S. Canter |
| Peter A Holland, Esquire | Ronald S. Canter, Esquire |
| The Holland Law Firm, P.C. | 11300 Rockville Pike, Suite 1200 |
| 124 South Street, Ste. 3 | Rockville, MD 20852 |
| Annapolis, MD 21401 | Telephone:  301-770-7490 |
| Attorney for Plaintiffs | Facsimile:  301-770-7493 |
| | E-Mail:  rcanter@roncanterllc.com |
| | Attorney for Defendant |

1