**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JASON HAUK, et al *

Plaintiffs * CIVIL CASE NO. 09-03238-CCB

*

v.

*

LVNV FUNDING, LLC

*

Defendant

*

* * * * * * * * * * * *

**PLAINTIFFS' SUPPLEMENTAL REPORT ON DISCOVERY**

Plaintiffs file this Supplemental Report on Discovery and for cause state:

1. This Supplemental Report is timely filed, because the Court set November 19, 2010 as the deadline for the parties to report on whether discovery is required prior to the mediation which is scheduled for January 18, 2011.
2. In Paper No. 44 filed on November 18, 2010, Plaintiff mistakenly consented to filing a Joint Report stating that no discovery is requested prior to the settlement conference on January 18, 2011.
3. In a subsequent lengthy email to counsel for the Defendant, the undersigned Plaintiffs' counsel explained that his consent that no discovery was needed was a mistake, and incorrect. Extensive reasons were given as to why discovery is needed prior to the mediation, and as to why the undersigned was mistaken in agreeing otherwise.
4. Plaintiffs believe that three depositions are needed prior to the mediation, and that unless these depositions take place, the mediation is unlikely to be

productive due to a lack of necessary information. It is not anticipated that the total length of these depositions would exceed 7 hours.

5. The reasons why the information is necessary prior to mediation have been communicated to counsel for the Defendant.
6. It is hoped that counsel for the Defendant will consent to these depositions.
7. In summary, Plaintiffs need some discovery prior to the mediation, and the consensus which was set forth in Paper No. 44 was mistaken and erroneous due solely to the actions of the undersigned.
8. Plaintiffs respectfully request that this Court disregard the Plaintiffs' consent evidenced in Paper No. 44, and issue an order allowing for the three depositions outlined above.

Respectfully submitted,

_______/s/_______________

Peter A. Holland
The Holland Law Firm, P.C.
1410 Forest Drive, Ste. 21
Annapolis, Maryland 21403
410 280 6133
peter@hollandlawfirm.com