**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF                                                                                                    U.S. COURTHOUSE
CATHERINE C. BLAKE                                                                                     101 WEST LOMBARD STREET
UNITED STATES DISTRICT JUDGE                                                               BALTIMORE, MARYLAND 21201
                                                                                                                              (410) 962-3220
                                                                                                                              Fax (410) 962-6836

September 6, 2011

MEMO TO PLAINTIFFS' COUNSEL RE:  *Jason Hauk and Freddy Velazquez v. LVNV Funding, LLC*, Civil No. CCB-09-3238

Dear Counsel:

      Before making a final decision about the attorneys' fees in this case, I would like to receive information concerning what would be the "lodestar" fee as a cross-check to the reasonableness of the amount requested.  It is not necessary that you file this before Friday, as I assume the fee determination can follow consideration of the settlement's other terms at the fairness hearing.

                                                   Sincerely yours,

                                                   /s/

                                                   Catherine C. Blake
                                                   United States District Judge

cc:     Defense Counsel